United States District Court
Western District of Texas
Austin Division

| | | |
|---|---|---|
| United States of America,<br>    Plaintiff, | | |
| | | |
|         v. | | No. A-21-MJ-00688 |
| | | |
| Jonathon Owen Shroyer,<br>    Defendant | | |

## GOVERNMENT'S NOTICE OF ATTORNEY APPEARANCE

Comes now the United States Attorney for the Western District of Texas and files this Notice of Attorney Appearance in the above-styled and numbered cause.

The United States Attorney, by and through the undersigned Assistant United States Attorney (AUSA), hereby notifies the Defendant and this Court that AUSA G. Karthik Srinivasan will act as counsel for the Government in the above-named proceeding and that AUSA Gabriel Cohen should no longer receive the electronic notifications on the above entitled cause.

Respectfully submitted,

Ashley C. Hoff
United States Attorney

By:     */s/ G. Karthik Srinivasan*
          G. Karthik Srinivasan
          Assistant United States Attorney
          903 San Jacinto, Suite 334
          Austin, Texas  78701
          (512) 916-5858 (phone)
          (512) 916-5854 (fax)

**Notice of Appearance**                                                                                          **1**

## **CERTIFICATE OF SERVICE**

I certify that on this the 23rd of August 2021, a copy of the foregoing Government's Notice was filed with the Clerk of the Court using the CM/ECF System, thus providing notification of such filing to all counsel of record.


*/s/G. Karthik Srinivasan*
G. Karthik Srinivasan
Assistant United States Attorney