AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| USA | § | |
|---|---|---|
| | § | |
| vs. | § | Case No: AU:21-M-00688(1) |
| | § | |
| (1) Jonathon Owen Shroyer | § | Charging District: District of Columbia |
| | § | Charging District's Case No.: 1:21-mj-572 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | By ZOOM https://uscourts-dcd.zoomgov.com/j/16189525787?pwd=Wlh3MUY5VTRZTUFSYXM5REliN2UvZz09 Meeting ID: 161 8952 5787 Passcode: 860903 | Judge: Magistrate Judge Meriweather Date and Time: Thursday, August 26, 2021 at 1:00pm ET |
|---|---|---|

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: August 23, 2021

MARK LANE
UNITED STATES MAGISTRATE JUDGE