# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

USA

v.  Case Number:  AU:21-M -00688(1)

(1) Jonathon Owen Shroyer
*Defendant*

Dear Sir or Madam:

TAKE NOTICE that the above-entitled case has been set before:

**UNITED STATES MAGISTRATE JUDGE MARK LANE**,

at the **U.S. Courthouse, 501 West Fifth Street Austin, Texas Courtroom #8**, for the following:

**IDENTITY / PRELIMINARY HEARING**

on **Friday, August 27, 2021** at **11:30 AM**

EVERYONE to whom this notice is addressed (except those to whom copies are sent for information only) must appear IN PERSON unless excused from appearing by the Court.

ATTORNEYS are reminded that it is their duty to advise clients, witnesses, and others concerning rules of decorum to be observed in Court.  (Local Court Rule AT-5(b)(12)).

WHENEVER defendants or witnesses in a criminal case have need for the services of a court interpreter, the attorney must inform the Clerk not later than five (5) business days before the scheduled Court proceeding.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

Date Issued:  August 23, 2021
(1) Jonathon Owen Shroyer                     /s/
                                              Amanda Deichert
                                              Magistrate Courtroom Deputy
Attorney at Law                               (512) 916-5896  Ext. 8705

cc:   U.S. Probation
      U.S. Pretrial Services
      U.S. Clerk
      U.S. Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

USA

v.                                                     Case Number:   AU:21-M -00688(1)

(1) Jonathon Owen Shroyer                              Charging District's Case No.: 1:21-mj-572

**Waiver of Rule 5 & 5.1 Hearing**
(Complaint/Indictment)

I understand that I have been charged in another district, the District of Columbia .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

(   ) an identity hearing and production of the warrant.

(   ) a preliminary hearing.

(   ) a detention hearing.

(   ) an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
(1) Jonathon Owen Shroyer, *Defendant*

_____          _____
Date                            *Counsel for Defendant*