UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JONATHON OWEN SHROYER**, <br><br> Defendant. | Case No. AU:21-MJ-00688(1) <br><br> *Charging Dist. Case No.: 1:21-mj-572* |

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Attorney Marc J. Randazza of Randazza Legal Group, PLLC hereby enters his appearance in this action on behalf of Defendant Jonathan Owen Shroyer.

It is respectfully requested that copies of all future papers and pleadings relevant to this matter be served upon the undersigned counsel of record.

Dated: August 26, 2021.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (admitted W.D. Tex)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendant
Jonathan Owen Shroyer

Case No. AU:21-M-00688(1)

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that a true and correct copy of the above document was filed and served upon all parties of record on August 26, 2021 by CM/ECF, the court's electronic filing system.

/s/ Marc J. Randazza
Marc J. Randazza